# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| T& S BRASS AND BRONZE WORKS, INC., | )<br>)<br>) Case No.: 6:08-CV-1987-HFF |
| Plaintiff, | )<br>) |
| v. | ) CONSENT ORDER WITHDRAWING<br>) MOTION TO DISMISS FOR LACK OF |
| GREENFIELD WORLD TRADE, INC., AND ASBURY FOODSERVICE EQUIPMENT CO., | ) PERSONAL JURISDICTION<br>) WITH PREJUDICE AND<br>) GRANTING EXTENSION OF TIME<br>) |
| Defendants. | )<br>) |

Come now the parties and by agreement they consent to the dismissal of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction with prejudice. The parties by agreement and for good cause shown also consent to allowing Defendants an extension of time to respond to the Amended Complaint so that their response, by answer, motion, or otherwise is hereby extended until August 21, 2009. The basis for this extension results from the fact that the parties have been engaged in discussions to try and resolve the issues between them and have scheduled a settlement conference and, if needed, have agreed to schedule a pre-merits discovery mediation in the next month. As part of these discussions, Defendants have agreed to consent to this Court's exercise of personal jurisdiction over them and waive all defenses based upon lack of personal jurisdiction. Because the parties previously have devoted most of their efforts on the jurisdictional issue which is now being withdrawn, and because the parties are attempting to resolve the matter between themselves, the Defendants need additional time to respond to the Amended Complaint.

Therefore, for good cause shown, it is hereby ordered, adjudged, and decreed that: (1) Defendants consent to this Court's exercise of personal jurisdiction over them and waive all defenses based upon lack of personal jurisdiction; (2) the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is hereby withdrawn with prejudice; and (3) the Defendants are granted an extension until August 21, 2009 to respond by answer, motion or otherwise to the Plaintiff's Amended Complaint.

IT IS SO ORDERED.

**s/Henry F. Floyd**
Henry F. Floyd
United States District Judge

July 14, 2009
Spartanburg, South Carolina


**WE CONSENT**:
s/ L. Walter Tollison, III
L. Walter Tollison, III (#4117)
Elizabeth M. McMillan (#5527)
THE TOLLISON LAW FIRM, P.A.
24 Vardry Street, Suite 203
Greenville, South Carolina 29601
(864) 452-7038


OF COUNSEL:
William C. Guerrant, Jr.
William F. Sansone
HILL WARD HENDERSON
3700 Bank of America Plaza
101 East Kennedy Blvd.
Tampa, FL 33602

*Attorneys for Defendants*

s/ Gregory J. English
Gregory J. English (#5737)
Frank S. Holleman, III (#1911)
WYCHE, BURGESS, FREEMAN & PARHAM, P.A.
44 East Camperdown Way
Post Office Box 728
Greenville, South Carolina 29602-0728
(864) 242-8200

OF COUNSEL:
William J. Heller
Kelly J. Garrone
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444


*Attorneys for Plaintiff*