# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| T& S BRASS AND BRONZE WORKS, INC., | ) ) ) |
| Plaintiff, | ) Case No.: 6:08-CV-1987-HFF ) ) |
| v. | ) **CONSENT ORDER GRANTING** ) **EXTENSION OF TIME** ) |
| GREENFIELD WORLD TRADE, INC., AND ASBURY FOODSERVICE EQUIPMENT CO., | ) ) ) ) |
| Defendants. | ) ) ) |

Come now the parties and by agreement and for good cause shown consent to allowing Defendants an extension of time to respond to the Amended Complaint so that their Answer is hereby extended until November 05, 2009. The parties make this request for an extension to file an answer on the basis that the parties remain in discussions toward resolution of the pending matter. In addition, the parties represent that the nature of the suit, and any potential resolution are complex and require additional time for necessary analysis and review.

Therefore, for good cause shown, the Defendants are granted an extension until November 05, 2009 to respond by Answer.

IT IS SO ORDERED.

**s/Henry F. Floyd**
Henry F. Floyd
United States District Judge

October 21, 2009
Spartanburg, South Carolina

**WE CONSENT**:
s/ L. Walter Tollison, III
L. Walter Tollison, III (#4117)
Elizabeth M. McMillan (#5527)
THE TOLLISON LAW FIRM, P.A.
24 Vardry Street, Suite 203
Greenville, South Carolina 29601
(864) 452-7038

OF COUNSEL:
William C. Guerrant, Jr.
William F. Sansone
HILL WARD HENDERSON
3700 Bank of America Plaza
101 East Kennedy Blvd.
Tampa, FL 33602

*Attorneys for Defendants*


s/ Gregory J. English
Gregory J. English (#5737)
Frank S. Holleman, III (#1911)
WYCHE, BURGESS, FREEMAN & PARHAM, P.A.
44 East Camperdown Way
Post Office Box 728
Greenville, South Carolina 29602-0728
(864) 242-8200

OF COUNSEL:
William J. Heller
Kelly J. Garrone
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiff*